✓ FILED ___ LODGED
___ RECEIVED ___ COPY

JUL 0 2 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ M DEPUTY

REDACTED FOR PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

Jimmy Zavala, Jr.,

Defendant.

CR-19-00782-PHX-SPL (MHB)

**INDICTMENT**

VIO:

18 U.S.C. § 924(a)(1)(A)
(False Statement in Connection with Acquisition of a Firearm)
**Count 1**

18 U.S.C. § 922(a)(9) and 924(a)(1)(D)
(Receipt of a Firearm by a Person Who Does Not Reside in Any State)
**Count 2**

18 U.S.C. §§ 924 (d) and 981, 21 U.S.C. § 853 and 28 U.S.C. § 2461(c)
(Forfeiture Allegation)

THE GRAND JURY CHARGES:

**COUNT 1**

On or about February 13, 2017, in the District of Arizona, JIMMY ZAVALA JR., knowingly made a false statement and representation to *USA Pawn and Jewelry*, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required to be kept in records of *USA Pawn and Jewelry*, in that JIMMY ZAVALA JR., did execute a Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearm Transaction Report, stating that his current residence

was 830 S. 8th Ave., Yuma, Arizona 85364, whereas in truth and fact, JIMMY ZAVALA JR. knew that he resided at a different address in Mexico.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

**COUNT 2**

On or about April 21, 2016, in the District of Arizona, defendant, JIMMY ZAVALA JR., not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully receive a firearm, that is, a Smith & Wesson 9mm pistol, serial number FWJ8824, from *Sprague's Sports*, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, and at that time, did not reside in any State of the United States, and in fact lived in Mexico.

In violation of Title 18, United States Code, Sections 922(a)(9) and 924(a)(1)(D).

**FORFEITURE ALLEGATION**

The Grand Jury realleges and incorporates the allegations of Counts One and Two of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18 United States Code, Sections 924(d) and 981, Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and upon conviction of one or more of the offenses alleged in Count One and Two of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. Section 853(p).

All in accordance with Title 18, United States Code, Sections 924(d) and 981, Title 21 United States Code, Section 853, Title 28, United States Code, Section 2461(c) and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY
Date: July 2, 2019

MICHAEL BAILEY
United States Attorney
District of Arizona

/S/
BRETT A. DAY
Assistant U.S. Attorney